MORRIS PLAN INDUSTRIAL BANK OF NEW YORK, Respondent, *v.* GEORGE F. GUNNING, Defendant.

PENNSYLVANIA RAILROAD COMPANY, Third Party, Appellant.

Argued November 19, 1945; decided December 6, 1945.

*Eugene Underwood* and *Herbert M. Lord* for appellant.

*Rutger Bleecker Miller, amicus curiæ,* in support of appellant's position.

*John J. Dwyer* and *Harold H. Kissam* for respondent.

The order appealed from does not finally determine a special proceeding within the meaning of the Constitution. Appeal dismissed, without costs, unless the appellant applies to the Appellate Division within thirty days for resettlement of the order granting leave to appeal, and for the certification of a question or questions in accordance with Civil Practice Act, section 589,

subdivision 3, paragraph (b), and unless thereafter such application is granted. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER and DYE, JJ. Taking no part: MEDALIE, J.